IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PETER POOLE, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:09-cv-01070-GPM-DGW |
| ) | |
| DEBBIE ISAACS, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Pending before the Court is Plaintiff's Motion for Appointment of Counsel (Doc. 14). For good cause shown, Plaintiff's motion is **GRANTED**.

Accordingly, as a random pick, attorney **Melinda Sanderson** of the Sanderson Law Firm, 3866 Flora Place, St. Louis, Missouri 63110, is hereby **APPOINTED** to represent the Plaintiff in this matter pursuant to SDIL-LR 83.1(i).[1] Ms. Sanderson is **directed** to file her entry of appearance **on or before October 25, 2010.**

The Court informs **Ms. Sanderson** that Plaintiff is currently incarcerated by the Illinois Department of Corrections in the Pinckneyville Correctional Center.

**IT IS SO ORDERED**.

DATED:  October 5, 2010

*s/ Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**

---

[1] Under SDIL-LR 83.1(i), every member of the bar of this Court shall be available for appointment to represent or assist in the representation of those who cannot afford to hire an attorney.